# In the United States Court of Federal Claims

No. 20-554C
Filed: November 4, 2020

**FREEALLIANCE.COM, LLC,**

    *Plaintiff*,

v.

**THE UNITED STATES,**

    *Defendant,*

v.

**AGILE-BOT II, LLC,**

    *Intervenor-Defendant.*

## ORDER GRANTING MOTION TO WITHDRAW PROTEST

    On November 4, 2020, Plaintiff, Freealliance.com, LLC ("Freealliance"), filed a motion to withdraw the above-captioned protest. (ECF No. 54). The same day, Defendant, the United States, filed a response stating that it does not oppose Freealliance's motion and explaining that "Freealliance confirmed that any dismissal should be with prejudice." (ECF No. 55). In light of Freealliance's representations, and pursuant to RCFC 41(a)(2), the Court hereby **GRANTS** Freealliance's motion, (ECF No. 54), and **DISMISSES** the above-captioned case with prejudice. Each party shall bear its own costs. The Clerk is directed to enter judgment accordingly.

    **IT IS SO ORDERED.**

                                                     s/     David A. Tapp
                                                     DAVID A. TAPP, Judge